UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
4:10-cv-01540-TLW

| | |
|---|---|
| Thomas J. Newman and Kelly M. Newman, <br><br> Plaintiffs, <br><br> v. <br><br> GE Money Bank, <br><br> Defendant. | **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Thomas J. Newman and Kelly M. Newman and Defendant GE Money Bank hereby stipulate that this action shall be, and hereby is, dismissed <u>with</u> prejudice.  Each party shall bear its own costs and attorneys' fees.

This the 9th day of May, 2011.

/s/ M. Kevin McCarrell
M. Kevin McCarrell (Fed. I.D. 10427)
Smith Moore Leatherwood, LLP
P.O. Box 87 (29602)
300 McBee Ave., Ste. 500
Greenville, SC 29601
(864) 242-6440; (864) 240-2479 (fax)
kevin.mccarrell@smithmoorelaw.com

/s/ Penny Hays Cauley
Penny Hays Cauley
Hays Cauley, PC
549 West Evans Street, Suite E
Florence, SC  29501
(843) 665-1717; (843) 665-1718 (fax)
phc917@hayscauley.com